UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO


MIGUEL LOPEZ PAGAN,                     )     CASE NO. 1:08 CV 1833
                                        )
           Petitioner,                  )     JUDGE DAN AARON POLSTER
                                        )
      v.                                )
                                        )     JUDGMENT ENTRY
STATE OF OHIO,                          )
                                        )
           Respondent.                  )


        This Court having contemporaneously filed its Memorandum

of Opinion in this case, it is therefore ORDERED that this action

is dismissed pursuant to Rule 4 of the Rules Governing Section 2254

Cases.   Further, the Court CERTIFIES pursuant to 28 U.S.C.

§1915(a)(3) that an appeal from this decision could not be taken in

good faith, and that there is no basis on which to issue a

certificate of appealability.  Fed.R.App.P. 22(b); 28 U.S.C. §

2253.


                              /s/Dan Aaron Polster 9/29/08
                              DAN AARON POLSTER
                              UNITED STATES DISTRICT JUDGE